**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPHINE PROVENCIO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EL TACO RICO, INC.; MANN INVESTMENT GROUP, LLC; and DOES 1-10,<br><br>　　　　　Defendants. | **Case No.: 2:18-cv-4439-FMO-AFM**<br>Assigned to Hon. Fernando M. Olguin<br><br>**ORDER GRANTING STIPULATION [24] FOR DISMISSAL OF DEFENDANT EL TACO RICO, INC.** |

ORDER

1     Based on the stipulation of the parties and for good cause shown:

2     IT IS HEREBY ORDERED that the Defendant El Taco Rico, Inc. be
3 dismissed with prejudice, both sides to bear their own fees and costs, but Plaintiff
4 Josephine Provencio and Defendant El Taco Rico, Inc. may stipulate to rejoin
5 Defendant El Taco Rico, Inc. should Plaintiff discover fact involving the liability of
6 Defendant El Taco Rico, Inc. towards Plaintiff.

8     SO ORDERED.

10     DATED: November 2, 2018         _____/s/_____
11                                                     Fernando M. Olguin
                                                    United States District Judge