SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
John Y. Kim (SBN 225248)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
JOSEPHINE PROVENCIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE PROVENCIO,<br><br>   Plaintiff,<br>   vs.<br><br>EL TACO RICO, INC.; MANN INVESTMENT GROUP, LLC; and DOES 1 through 10,<br><br>   Defendants. | **CASE NO. 2:18-cv-4439-FMO-AFM**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff Josephine Provencio and Defendant Mann Investment Group, LLC have settled the above-captioned matter as to all Defendants.  Plaintiff shall file the dispositional documents within two to three weeks in order to afford the Parties time to complete the settlement.

 DATED:  February 19, 2019          **SO. CAL EQUAL ACCESS GROUP**


                                                         */s/ Jason Yoon*
                                            JASON YOON
                                            Attorney for Plaintiff